

Print Form

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

Name of Debtor PETER CROWLEY    Case No 2011-48745

bons

Last four digits of Soc Sec No  6739
Last four digits of Soc Sec No

FILED
DEC 27 2011
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

CHAPTER 13 PLAN
☒ MOTION(S) TO VALUE COLLATERAL AND ☒ MOTION(S) TO AVOID LIENS
[check if motion(s) appended]

THIS PLAN AND THESE MOTIONS WILL BE CONSIDERED FOR CONFIRMATION AND APPROVAL AT A COURT HEARING  YOU WILL BE NOTIFIED OF THE HEARING DATE TIME LOCATION AND THE DEADLINE FOR FILING AND SERVING WRITTEN OBJECTIONS  IN THE ABSENCE OF A TIMELY OBJECTION THE COURT MAY DISPENSE WITH THE HEARING

Debtor proposes the following Chapter 13 Plan effective from the date it is confirmed

### Section I  Summary of Relevant Financial Information

| | | |
|---|---|---|
| 1 01 | Annualized current monthly income under section 1325(b)(4) Line 15 Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income ( Statement of CMI ) | $2,500 |
| 1 02 | Annualized current monthly income under section 1325(b)(3) Line 21 Statement of CMI | $2,500 |
| 1 03 | Applicable median family income Line 16 Statement of CMI | $2,750 |
| 1 04 | Monthly net income from Line 20c of Schedule J | $10 |
| 1 05 | check applicable box and insert appropriate dollar amount<br><br>☐ If annualized current monthly income is greater than applicable median family income projected monthly disposable income from Line 59 Statement of CMI<br>or -<br>☒ If annualized current monthly income is equal to or less than applicable median family income projected monthly disposable income calculated without reference to section 707(b)(2)(A) & (B) | $ |
| 1 06 | The amount entered at section 1 05 multiplied by the commitment period (section 2 03) | $ |
| 1 07 | The total amount that would be paid to unsecured nonpriority claims if the estate of Debtor were liquidated under chapter 7 of the Bankruptcy Code | $15,800 |

### Section II  Plan Payments and Commitment Period
[If sections 2 01  2 02  or 2 03 are blank refer to the  Additional Provisions  below ]

2 01    **Payments from earnings**  To complete this plan Debtor shall submit to the supervision and control of Trustee on a monthly basis a portion of Debtor s future earnings  Debtor shall pay to Trustee the sum of $250 each month  The monthly plan payment is subject to adjustment pursuant to section 3 10(d) below  Monthly plan payments must be received by Trustee not later than the 25th day of each month beginning the month after the petition is filed  The monthly plan payment includes all monthly contract installments due on Class 1 secured claims and adequate protection payments due on certain Class 2 secured claims if any    ☐ Refer to  Additional Provisions  [check if applicable]

2 02    **Other payments**  In addition to the submission of future earnings Debtor will make monthly payment(s) derived from property of the bankruptcy estate  property of Debtor or from other sources as follows  _____

_____    ☐ Refer to  Additional Provisions  [check if applicable]

2.03    **Commitment period** The monthly plan payments will continue for ____ months the commitment period of the plan Monthly plan payments must continue for the entire commitment period unless all allowed unsecured claims are paid in full over a shorter period of time If necessary to complete this plan Debtor may make monthly payments for up to 6 months beyond the commitment period but in no event shall monthly payments continue for more than 60 months
☐ Refer to Additional Provisions *[check if applicable]*

### Section III Claims and Expenses

A Proofs of Claim

3.01    A timely proof of claim must be filed by or on behalf of a creditor including a secured creditor before a claim may be paid pursuant to this plan

3.02    Notwithstanding section 3 01 monthly contract installments falling due after the filing of the petition shall be paid to holders of Class 1 and Class 4 claims whether or not they have filed proofs of claim or the plan is confirmed

3.03    Post petition amounts due on account of domestic support obligations loans from retirement or thrift savings plans of the types described in section 362(b)(19) and executory contracts and unexpired leases to be assumed shall be paid by Debtor directly to the person or entity entitled to receive such payments whether or not a proof of claim is filed or the plan is confirmed

3.04    The proof of claim not this plan or the schedules shall determine the amount and classification of a claim If a claim is provided for by this plan and a proof of claim is filed dividends shall be paid based upon the proof of claim unless the granting of a valuation or a lien avoidance motion or the sustaining of a claim objection affects the amount or classification of the claim

B Administrative Expenses

3.05    **Trustee's fees** Pursuant to 28 U S C § 586(e) Trustee shall receive up to 10% of plan payments whether made before or after confirmation but excluding direct payments on Class 4 claims

3.06    **Fees of former chapter 7 trustee** Payment of compensation of the type described in section 1326(b)(3) shall be limited to the greater of $25 or 5% of the amount payable to nonpriority unsecured creditors divided by the commitment period each month for the duration of the plan

3.07    **Administrative expenses** Except to the extent the court approves and the claimant agrees to a different treatment and unless section 1326(b)(3)(B) is applicable approved administrative expenses shall be paid in full through the plan

3.08    **Debtor's attorney's fees** Debtor paid an attorney $_____ prior to the filing of the petition Any additional fees the court may approve shall be paid in full through this plan Debtor estimates that a further $_____ in attorney's fees will be incurred throughout this case

C Secured Claims

3.09    **Class 1 Long term secured claims that were delinquent when the petition was filed and mature after the last payment under the plan** This plan will cure all pre petition arrears but not otherwise modify Class 1 claims Each claimant will retain its existing lien and receive no less than the equal monthly amount specified below as its plan dividend Trustee also shall pay all post petition monthly contract installments falling due on each Class 1 claim

| | Class 1 Creditor's Name/ Collateral Description | Monthly Contract Installment | Monthly Late charge | Pre petition Arrears | Interest Rate | Monthly Dividend |
|---|---|---|---|---|---|---|
| 1 | WACHOVIA | 2,157.00 | 350$ | | | |
| 2 | UNITED MORTGAGE | 1760.00 | 200 | | | |
| 3 | GAFFNEY PROPERTIES | 750.00 | 150.00 | | | |
| 4 | | | | | | |
| 5 | | | | | | |

3.10    **Monthly contract installments paid by Trustee on Class 1 claims** (a) If Debtor makes a partial plan payment that is insufficient to pay all monthly contract installments due on Class 1 claims these installments will be paid in the order Debtor has listed Class 1 claims above (b) Trustee will not make a partial payment on account of a monthly contract

installment (c) If Debtor makes a partial plan payment or if it is not paid on time and Trustee is unable to pay timely a monthly contract installment due on a Class 1 claim Debtor's cure of this default must be accompanied by the applicable late charge(s) (d) Upon their receipt Debtor shall mail or deliver to Trustee all notices from Class 1 creditors including without limitation statements payment coupons impound and escrow notices default notifications and notices concerning changes of the interest rate on variable interest rate loans The automatic stay is modified to permit the sending of such notices Prior to mailing or delivering any such notice to Trustee Debtor shall affix the chapter 13 case number to it If any such notice advises Debtor that the amount of the contract installment payment has increased or decreased the plan payment shall be adjusted accordingly

**3 11    Class 2  Secured claims that are modified by this plan, or that have matured or will mature before the plan is completed**  Each Class 2 claim will be paid in full retain its existing lien and receive no less than the equal monthly amount specified below as its plan dividend  The amount of a Class 2 claim shall be the amount due under any contract between Debtor and the claimant or under applicable nonbankruptcy law  or if section 506(a) is applicable the value of the collateral securing the claim  whichever is less  Section 506(a) is not applicable if the claim is secured by a purchase money security interest and **(a)** was incurred within 910 days of the filing of the petition and is secured by a motor vehicle acquired for the personal use of Debtor  or **(b)** the claim was incurred within 1-year of the filing of the petition and is secured by any other thing of value

| | Class 2 Creditor's Name/ Collateral Description | Purchase Money Security Interest? Y/N | Is Claim Subject to § 506(a)? Y/N | Claim Amount | Interest Rate | Monthly Dividend |
|---|---|---|---|---|---|---|
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |

**3 12    Adequate protection payments**  Prior to confirmation Trustee shall pay on account of each allowed Class 2 claim secured by a purchase money security interest in personal property an adequate protection payment as required by section 1326(a)(1)(C)  This adequate protection payment shall be the equal monthly amount proposed by this plan as the dividend for each Class 2 claim  Adequate protection payments shall be disbursed by Trustee in connection with his customary month end disbursement cycle beginning the month after the petition is filed  If a Class 2 claimant is paid a monthly adequate protection payment  that claimant shall not be paid a monthly dividend after confirmation for the same month

**3 13    Post petition interest** shall accrue on Class 1 and 2 claims at the above rates  If the plan specifies a  0% rate no interest will accrue  However  if the provision for interest is left blank  interest at the rate of 10% per year will accrue

**3 14    Class 3  Secured claims satisfied by the surrender of collateral**  Entry of the confirmation order shall constitute an order modifying the automatic stay to allow the holder of a Class 3 secured claim to repossess  receive  take possession of  foreclose upon  and exercise its rights and judicial and nonjudicial remedies against its collateral

| | Class 3 Creditor's Name/Collateral Description | Estimated Deficiency | Is Deficiency a Priority Claim? Y/N |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

**3 15    Class 4  Secured claims paid directly by Debtor or third party**  Class 4 claims mature after the completion of this plan  are not in default and are not modified by this plan  These claims shall be paid by Debtor or a third person whether or not the plan is confirmed  Entry of the confirmation order shall constitute an order modifying the automatic stay to allow the holder of a Class 4 secured claim to exercise its rights against its collateral in the event of a default under the terms of its loan or security documentation provided this case is then pending under chapter 13

| Class 4 Creditor's Name | Monthly Contract Installment | Maturity Date |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

3 16   Secured claims not listed as Class 1 2 3 or 4 claims are not provided for by this plan   The failure to provide for a secured claim in one of these classes may be cause to terminate the automatic stay

D   Unsecured Claims

3 17   **Class 5   Unsecured claims** entitled to priority pursuant to section 507 shall be paid in full except as provided in section 3 18

| Class 5 Creditor's Name | Type of Priority | Claim Amount |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

3 18   If the holder of a priority claim has agreed to accept less than payment in full   or if this plan will not pay a priority claim of the type described in section 1322(a)(4) in full   the identity of the claim holder and the treatment proposed shall be included in the Additional Provisions below   The failure to provide a treatment for a priority claim that complies with sections 1322(a)(2) or 1322(a)(4) is a breach of this plan

3 19   **Class 6   Special unsecured claims**   This class includes unsecured claims   such as co signed unsecured debts   that will be paid in full even though all other unsecured claims may not be paid in full

| Class 6 Creditor's Name | Reason for Special Treatment | Claim Amount |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

3 20   **Class 7   General unsecured claims**   Claims not listed as Class 5 or 6 claims   and that are not secured by property belonging to Debtor   will receive no less than a _____ % dividend pursuant to this plan   Debtor estimates that general unsecured claims   including the under collateralized portion of secured claims not entitled to priority   total $_____

### Section IV   Executory Contracts And Unexpired Leases

4 01   Debtor assumes the executory contracts and unexpired leases listed below   Debtor shall pay directly to the other party to the executory contract or unexpired lease   before and after confirmation   all post petition payments   Unless a different treatment is required by section 365(b)(1) (which such treatment shall be set out in the Additional Provisions) any pre petition arrears shall be paid in full either as a Class 1 or a Class 6 claim

4 02   Any executory contract or unexpired lease not listed in the table below is rejected   Entry of the confirmation order modifies the automatic stay to allow the nondebtor party to a rejected unexpired lease to obtain possession of leased property

| Name of Other Party to Executory Contract or Unexpired Lease | Pre petition Arrears | Regular Payment | Will Arrears Be Paid as a Class 1 or 6 Claim? |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

### Section V  Payment of Claims and Order of Payment

**5 01**  After confirmation of this plan  funds available for distribution will be paid monthly by Trustee to holders of allowed claims and approved expenses

**5 02  Distribution of plan payment**  Each month  the plan payments (see sections 2 01 and 2 02) must equal at least the aggregate of  (a) Trustee s fees  (b) any monthly contract installments due on Class 1 claims  (c) $ _____ for administrative expenses described in section 3 06  3 07  and 3 08  distributed between administrative claimants as specified in section 5 03  and (d) the monthly dividends specified above for Class 1 arrearage claims and Class 2 secured claims  To the extent the plan payments are not needed to pay contract installments on Class 1 claims  approved administrative expenses  Class 1 arrearage claims  or Class 2 secured claims  they shall be distributed on a pro rata basis first to Class 5 priority claims  second to holders of Class 6 unsecured claims  and third to Class 7 unsecured claims

**5 03  Priority of payment among administrative expenses**  The portion of the monthly plan payment allocated in section 5 02 for administrative expenses of the types described in section 3 06  3 07  and 3 08 shall be distributed first on account of the monthly dividend due to a former chapter 7 trustee pursuant to section 3 06  then to holders of administrative expenses described in sections 3 07 and 3 08 on a pro rata basis

**5 04**  Distributions on account of a Class 1  2  5  6  or 7 allowed claim will be based upon the claim as demanded in the proof of claim rather than as estimated and characterized by this plan except to the extent the disposition of a claim objection  motion to value collateral  or lien avoidance motion requires otherwise

### Section VI  Miscellaneous Provisions

**6 01  Vesting of property**  Any property of the estate scheduled under section 521 shall [*choose one*] ☐ revest in *Debtor* on confirmation or ☐ not revest in Debtor until such time as a discharge is granted  In the event the case is converted to a case under Chapter 7  11  or 12 of the Bankruptcy Code or is dismissed  the property of the estate shall be determined in accordance with applicable law

**6 02  Debtor's duties**  In addition to the duties imposed upon Debtor by the Bankruptcy Code and Rules  the Local Bankruptcy Rules  and General Order 05 03  this plan imposes the following additional requirements on Debtor  **(a) Transfers of property and new debt.**  Debtor is prohibited from transferring  encumbering  selling  or otherwise disposing of any personal or real property with a value of $1 000 or more other than in the regular course of Debtor's financial or business affairs without first obtaining court authorization  Except as provided in sections 364 and 1304  Debtor shall not incur aggregate new debt exceeding $1 000 without first obtaining court authorization  If Trustee approves a proposed transfer or new debt  court approval may be obtainable without a hearing  To determine the appropriate procedure  Debtor should consult the General Order  A new consumer debt of less than $1 000 shall not be paid through this plan absent compliance with sections 1305(c)  **(b) Insurance**  Debtor shall maintain insurance as required by any law or contract and Debtor shall provide evidence of that insurance as required by section 1326(a)(4)  **(c) Compliance with applicable non bankruptcy law**  Debtor's financial and business affairs shall be conducted in accordance with applicable non bankruptcy law including the timely filing of tax returns and payment of taxes  **(d) Periodic reports**  Upon Trustee s request  Debtor shall provide Trustee with a copy of any tax return  W 2 form  and 1099 form filed or received while the case is pending and furnish Trustee with quarterly financial information regarding Debtor s business or financial affairs  **(e) Documents required by Trustee**  Debtor shall provide to Trustee not later than the 15 days after the filing of the petition with written notice of the name and address of each person to whom Debtor owes a domestic support obligation together with the name and address of the relevant State child support enforcement agency [see 42 U S C  §§ 464 & 466]  a wage order in the form requested by Trustee  and a Class 1 Worksheet and Authorization to Release Information for each Class 1 claim

**6 03  Remedies on default.**  If Debtor defaults under this plan  or if the plan will not be completed within six months of its stated term  not to exceed 60 months  Trustee or any other party in interest may request appropriate relief by filing a motion and setting it for hearing pursuant to Local Bankruptcy Rule 9014-1  This relief may consist of  without limitation  dismissal of the case  conversion of the case to chapter 7  or relief from the automatic stay to pursue rights against collateral

If on motion of a creditor the court terminates the automatic stay to permit a creditor holding a Class 1 or 2 secured claim to proceed against its collateral unless the court orders otherwise Trustee shall make no further plan payments on account of such secured claim any portion of the secured claim not previously satisfied under this plan shall be satisfied as a Class 3 claim and any deficiency remaining after the disposition of the collateral shall be satisfied as a Class 7 unsecured claim provided a timely proof of claim or amended proof of claim is filed and served on Debtor and Trustee

## Section VII  Additional Provisions

**7 01**    Other than to insert text into the designated spaces to expand the tables to include additional claims or to change the title to indicate the plan is an amended or modified plan the preprinted language of this form shall not be altered This does not mean that Debtor is prohibited from proposing additional or different plan provisions As long as consistent with the Bankruptcy Code Debtor may propose additional or different plan provisions or specify that any of the above provisions will not be applicable Each such provision or deletion shall be set out on a separate page and shall be identified by a section number (7 02  7 03  etc )

Dated

_____
Debtor

_____
Joint Debtor

# ATTACHMENT M-1
Optional – Discard if not used
## MOTIONS TO AVOID JUDICIAL LIENS ON DEBTOR'S RESIDENCE
## (OR OTHER QUALIFIED EXEMPT PROPERTY)
(Pursuant to 11 U S C § 522(f)(1)(A))

(A separate motion must be used to avoid each lien )
NUMBER OF MOTIONS TO AVOID JUDICIAL LIENS IN THIS PLAN ___
DOCKET CONTROL NUMBER ASSIGNED TO THIS MOTION TO AVOID JUDICIAL LIEN ___

**NOTICE IS HEREBY GIVEN** that Debtor moves to avoid the following judicial lien on Debtor s residence (or other exempt property) pursuant to 11 U S C § 522(f)(1)(A) and to treat the claim secured by such lien as a general unsecured claim If granted the claim of the creditor named below will be treated as a general unsecured claim (Class 7)

Name of the creditor holding the judicial lien that is the subject of this motion
*WACHOVIA MORTGAGE / UNIFIED*

Address of residence or description of other qualified exempt property
*# 41 997 TAHOE KEYS BLVD
SOUTH LAKE TAHOE 96150*

Debtor's opinion of the exempt property s replacement value
[as defined and limited by section 506(a)(2)]  $ *5000*

Amount of the exemption claimed by Debtor  $ *5800*
Amount of the creditor s judgment

The amount owed to and the name of all creditors holding liens or security interests that cannot be avoided pursuant to section 522(f)(1)(A)

| Name of Creditor | Amount of Claim |
|---|---|
| WACHOVIA MORTGAGE UNIFIED | 2,150 176,000 |
| TKPOA HOMEOWNERS | 5800 00 |

This judicial lien does not secure a domestic support obligation

Other information relevant to the resolution of this motion

I (we) declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct

Dated *12/20/2011*

_____
Debtor

_____
Joint Debtor

EDC 3-080 Attachment M 1 (Rev 02/02/2009)

# ATTACHMENT M-2
Optional – Discard if not used
## MOTIONS TO AVOID NONPOSSESSORY NONPURCHASE MONEY LIENS
(Pursuant to 11 U S C § 522(f)(1)(B))

(A separate motion must be used to avoid each lien)
NUMBER OF MOTIONS TO AVOID NONPOSSESSORY LIENS IN THIS PLAN ___
DOCKET CONTOL NUMBER ASSIGNED TO THIS MOTION TO AVOID NONPOSSESSORY LIEN ___

**NOTICE IS HEREBY GIVEN** that Debtor moves to avoid the lien on Debtor's exempt property (consisting of household furnishing household goods [as defined at section 522(f)(4)(A)], wearing apparel, appliances, books animals crops musical instruments or jewelry held primarily for the personal, family or household use of Debtor or a dependent of Debtor implements professional books or tools of the trade of Debtor or a dependent of Debtor or professionally prescribed health aids for Debtor or a dependent of Debtor) held by the creditor identified below If this motion is granted the claim of the creditor named below will be treated as a general unsecured claim (Class 7)

Name of the creditor whose nonpossessory nonpurchase money security interest or lien on the below-described property is being avoided *UNIFIED MORTGAGE WHACHOVIA TRPOA*

Detailed description of exempt property *TRPOA 491 997 TAHOE KEYS BLVD SOUTH LAKE TAHOE 91605*

Debtor's opinion of the exempt property's replacement value'
[as defined and limited by section 506(a)(2)]   $ *223,000*

Amount of the creditor's claim   $ *15,800*

Other information relevant to the resolution of this motion

I (we) declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct

Dated *01/26/2011*

_____
Debtor

_____
Joint Debtor

EDC 3-080 Attachment M 2 (Rev 02/02/2009)

# ATTACHMENT M-3
Optional – Discard if not used
## MOTIONS TO VALUE COLLATERAL
(Pursuant to subsections (a) and (d) of 11 U S C § 506
and Federal Rule of Bankruptcy Procedure 3012)

**(A separate motion must be filed as to each creditor)**
**NUMBER OF MOTIONS TO VALUE COLLATERAL IN THIS PLAN** _____
**DOCKET CONTROL NUMBER ASSIGNED TO THIS MOTION TO VALUE COLLATERAL** _____

**NOTICE IS HEREBY GIVEN** that Debtor requests the court to value the property described below This property secures the claim of the creditor named below Debtor also requests that the amount of the creditor's secured claim not exceed the value of its security, less the claims of creditors holding senior liens or security interests This determination will supercede any greater secured claim demanded in a proof of claim Any objections to the creditor's claim are reserved and will be filed after the creditor has filed a proof of claim In the opinion of the debtor the collateral has the replacement value indicated below

Name of the creditor whose collateral is being valued by this motion

Total amount of this creditor's claim     $ *15,800 ec/p*

Description of collateral [*For vehicles include the mileage on the date of the petition and a list of optional equipment For real property state the street address and a brief description of it such as single family residence or ten acre undeveloped lot*]

*HOME  #91 - 497 TAHOE KEYS BLVD*
*SOUTH LAKE TAHOE 96150*

The amount owed to and the name of all creditors holding liens or security interests senior to the lien or security interest of the above-named creditor

*15,800 /B*

Debtor's opinion of the collateral's replacement value [as defined and limited by section 506(a)(2)]    $

Other information relevant to the resolution of this motion




I (we) declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct

Dated *12/26/2011*

_____
Debtor

_____
Joint Debtor

EDC 3 080 Attachment M 3 (Rev 02/02/2009)

FORM b9inopIn (Continued)

# EXPLANATIONS

| | |
|---|---|
| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under chapter 13 of the Bankruptcy Code (Title 11 United States Code) has been filed in this court by the debtor(s) listed on the front side and an order for relief has been entered Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts pursuant to a plan A plan is not effective unless confirmed by the court You may object to confirmation of the plan and appear at the confirmation hearing A copy or summary of the plan will be sent to you later and you will be sent notice of the confirmation hearing The debtor will remain in possession of the debtor s property and may continue to operate the debtor s business unless the court orders otherwise |
| **Legal Advice** | The staff of the bankruptcy clerk s office cannot give legal advice Consult a lawyer to determine your rights in this case |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362 and §1201 Common examples of prohibited actions include contacting the debtor by telephone mail or otherwise to demand repayment taking actions to collect money or obtain property from the debtor starting or continuing lawsuits or foreclosures repossessing the debtor s property and garnishing or deducting from the debtor s wages Under certain circumstances the stay may be limited to 30 days or not exist at all although the debtor can request the court to extend or impose a stay |
| Meeting of Creditors | A meeting of creditors is scheduled for the date time and location listed on the front side *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors* Creditors are welcome to attend but are not required to do so The meeting may be continued and concluded at a later date without further notice **Important Notice to Individual Debtors** The United States Trustee requires all debtors who are individuals to provide government issued photo identification and proof of social security number to the trustee at the meeting of creditors *Failure to appear at the meeting of creditors or failure to provide proper identification and proof of social security information may result in a motion to dismiss your case* |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim If a Proof of Claim form is not included with this notice you can obtain one at any bankruptcy clerk s office A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim If you do not file a Proof of Claim by the Deadline to File a Proof of Claim listed on the front side you might not be paid any money on your claim from other assets in the bankruptcy case To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court with consequences a lawyer can explain For example a secured creditor who files a Proof of Claim may surrender important nonmonetary rights including the right to a jury trial **Filing Deadline for a Creditor with a Foreign Address** The deadlines for filing claims set forth on the front of this notice apply to all creditors If this notice has been mailed to a creditor at a foreign address the creditor may file a motion requesting the court to extend the deadline |
| Discharge of Debts | The debtor is seeking a discharge of most debts which may include your debt A discharge means that you may never try to collect the debt from the debtor If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §523(a)(2) (4) or (6) you must start a lawsuit by filing a complaint in the bankruptcy clerk s office by the Deadline to File a Complaint to Determine Dischargeability of Certain Debts listed on the front side The bankruptcy clerk s office must receive the complaint and the required filing fee by that deadline |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt Exempt property will not be sold and distributed to creditors even if the debtor's case is converted to chapter 7 The debtor must file a list of all property claimed as exempt You may inspect that list at the bankruptcy clerk s office If you believe that an exemption claimed by the debtor is not authorized by law you may file an objection to that exemption The bankruptcy clerk s office must receive the objection by the Deadline to Object to Exemptions listed on the front side |
| Bankruptcy Clerk s Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk s office at the address listed on the front side You may inspect all papers filed including the list of the debtor's property and debts at the bankruptcy clerk s office |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case |

--- **Refer to Other Side For Important Deadlines and Notices** ---

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

| NOTICE OF INCOMPLETE FILING AND NOTICE OF INTENT TO DISMISS CASE IF DOCUMENTS ARE NOT TIMELY FILED | Case Number<br>11-48745 - B - 13J |
|---|---|
| In re<br><br>Peter Crowley<br><br>Debtor(s) | FILED<br>12/12/11<br><br>CLERK U S BANKRUPTCY COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>jgis |

The petition filed on 12/12/11 by the above-named debtor and if a joint case the above-named joint debtor was not accompanied by all required documents

**NOTICE IS HEREBY GIVEN** that the following documents are missing and must be filed or one of the other options described below must be taken by the date(s) indicated *(if two dates are shown two separate deadlines are established for each of the options described below each date must be timely satisfied as to the documents governed by that date)*

NOTE Missing documents WILL NOT DELAY the sending of notices by the court If Verification and Master Address List is listed above the notice of meeting of creditors will be sent by the court to the debtor(s) the attorney for the debtor(s) if any and the trustee ONLY Thereafter it will be the attorney for the debtor(s)s or the pro se debtor s responsibility to serve notice of the meeting of creditors that includes the debtor s and if applicable the joint debtor s FULL social security number(s) on all creditors and to file with the court a proof of service indicating that service has been made together with a REDACTED version of the notice showing only the last four digits of the social security number(s)

If Statement of SSN is listed above the attorney for the debtor(s) or the pro se debtor must provide notice of the debtor s and if applicable the joint debtor s FULL social security number(s) to the trustee and all creditors A proof of service indicating that service has been made together with a REDACTED version of the notice showing only the last four digits of the social security number(s) must be filed with the court

**The following document(s) must be received by the bankruptcy clerk s office by 12/27/11**

Chapter 13 Plan

For additional information concerning required documents see page 3

**NOTICE IS FURTHER GIVEN** that the Court without further notice may dismiss this case unless the debtor does one of the following on or before the date specified above (if two dates are shown the debtor must do the following on or before the earlier of the two dates)

1    **Files all missing documents** with the Clerk U S Bankruptcy Court at the address shown below   **OR**

CONTINUED ON PAGE 2

2   **Files a motion for an extension of time to file the missing documents** with the Clerk U S Bankruptcy Court at the address shown below Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1) motions for extensions of time must be filed prior to the expiration of the prescribed periods Extensions of time to file schedules statements and other documents may be granted only on motion for cause shown and on notice to committees the United States Trustee trustee examiner and others as directed by the Court See Fed R Bankr P 1007(c)   **OR**

3   **Files a Notice of Hearing on the Court s Notice of Intent to Dismiss Case supported by a statement of the issue and evidence** with the Clerk U S Bankruptcy Court at the address shown below setting the hearing on 01/31/2012 at 09 32 AM at the U S Bankruptcy Court in Department B Courtroom 32 6th Floor at the address shown below The Notice of Hearing and statement of the issue and evidence shall be served on the trustee trustee s attorney if any all creditors and other parties in interest Proof of service in the form of a certificate of service shall be filed with the Clerk concurrently with the Notice of Hearing and statement of the issue and evidence or not more than three (3) days thereafter

**NOTICE IS FURTHER GIVEN** that on or before the date specified above the trustee a creditor or other party in interest may file a Notice of Hearing on the Court s Notice of Intent to Dismiss Case to show cause why this case should **not** be dismissed with the Clerk U S Bankruptcy Court at the address shown below The Notice of Hearing shall set the hearing for the same date time and location as indicated in option 3 above and shall be supported by a statement of the issue and evidence The Notice of Hearing and statement of the issue and evidence shall be served on the debtor debtor s attorney if any the trustee trustee s attorney if any all creditors and other parties in interest Proof of service in the form of a certificate of service shall be filed with the Clerk concurrently with the Notice of Hearing and statement of the issue and evidence or not more than three (3) days thereafter

*If no Notice of Hearing on the Court s Notice of Intent to Dismiss Case Is filed no hearing will be calendared* **THEREFORE YOU SHOULD NOT APPEAR AT THE DATE AND TIME INDICATED ABOVE UNLESS YOU FILED A NOTICE OF HEARING OR UNLESS YOU ARE SERVED WITH A NOTICE OF HEARING FILED BY ANOTHER PARTY**

**THIS IS THE ONLY NOTICE YOU WILL RECEIVE** Failure to timely file the missing documents, to timely seek an extension of time or to timely file a Notice of Hearing on the Court s Notice of Intent to Dismiss Case may result in the **automatic dismissal** of this bankruptcy case **without further notice** If you have already complied with the above requirement(s) please disregard this notice

Dated   12/12/11                               Wayne Blackwelder Clerk
                                               BY jgis   Deputy Clerk
                                               U S Bankruptcy Court
                                               Robert T Matsui United States Courthouse
                                               501 I Street Suite 3-200
                                               Sacramento CA 95814
                                               (916) 930-4400

CONTINUED ON PAGE 3

## ADDITIONAL INFORMATION CONCERNING REQUIRED DOCUMENTS

**Attorney s Disclosure Statement (Form B203)** Any attorney representing a debtor shall file with the court a statement of the compensation paid or agreed to be paid if such payment or agreement was made after one year before the date of the filing of the petition for services rendered or to be rendered in contemplation of or in connection with the debtor s bankruptcy case and the source of the compensation 11 U S C sect 329 or and FRBP 2016(b)

**Chapter 12 Plan** Chapter 12 debtor s shall file a plan 11 U S C sect 1221 and FRBP 3015(a)

**Chapter 13 Plan (Form EDC 3-080)** Chapter 13 debtors shall file a plan using the standard form Chapter 13 Plan (EDC Form 3-080) prescribed by General Order 05-03

**Chapter 15 List per BR 1007** A list containing the name and address of all administrators in foreign proceedings of the debtor all parties to any litigation in which the debtor is a party and that is pending in the United States at the time of the filing of the petition and all entities against whom provisional relief may be sought under 11 U S C § 1519 shall be filed by the foreign representative with a petition for recognition under chapter 15 FRBP 1007(a)(4)

**Exhibit D w/Certificate for Debtor and Exhibit D w/Certificate for Joint Debtor (Exhibit D to Official Form 1)** Every individual debtor must file a statement of compliance with the credit counseling requirement prepared as prescribed by Exhibit D to Official Form 1 attached to their petition If a joint petition is filed each spouse (the debtor and the joint debtor) must each complete and attach a separate Exhibit D A certificate of credit counseling and debt repayment plan or other additional required documents shall be attached to Exhibit D as directed FRBP 1007(b)(3) & (c)

**List - 20 Largest Unsecured Creditors (Official Form 4)** A list containing the names addresses and claim amounts of the debtor s 20 largest unsecured creditors excluding insiders prepared as prescribed by Official Form 4 shall be filed in cases under chapter 9 and chapter 11 FRBP 1007(d)

**List - Equity Security Holders** A List of Equity Security Holders shall be filed in chapter 11 cases FRBP 1007(a)(3)

**Verification and Master Address List** With every petition for relief under the Bankruptcy Code presented for filing there shall be submitted concurrently a Master Address List which includes the name address and zip code of all of the debtor s known creditors To accommodate modern technology the Master Address List shall be prepared in strict compliance with instructions of the Clerk in a format approved by the Court Local Bankruptcy Rule 1007-1(b) Instructions concerning the preparation of Master Address Lists are set forth in forms EDC 2-190 and EDC 2-195 Debtors represented by legal counsel or whose petitions are prepared by a bankruptcy petition preparer must submit an electronic Master Address List All other debtors must submit either an electronic Master Address List or a hard copy Master Address List printed on paper The debtor shall concurrently submit a Verification of Master Address List form EDC 2-100 with every Master Address List presented for filing

**Means Test - Form 22A, Means Test - Form 22B, Means Test - Form 22C (Official Forms B22A, B22B, and B22C)** A statement of current monthly income prepared as prescribed by the appropriate Official Form shall be filed by individual chapter 7 debtors with primarily consumer debts (Official Form 22A) individual chapter 11 debtors (Official Form 22B) and chapter 13 debtors (Official Form 22C) 11 U S C § 521(a)(1) and FRBP 1007(b)(4) (5) & (6)

**Schedule A - Real Property, Schedule B - Personal Property, Schedule C - Exempt Property, Schedule D - Secured Creditors, Schedule E - Unsecured Priority Creditor, Schedule F - Unsecured Nonpriority Creditor, Schedule G - Executory Contracts, Schedule H - Codebtors, Schedule I - Current Income, and Schedule J - Current Expend, Statistical Summary, Summary of Schedules (Official Form 6)** Except in a chapter 9 municipality case schedules of assets and liabilities executory contracts and unexpired leases current income and current expenditures prepared as prescribed by Official Form 6 shall be filed by the debtor 1 U S C § 521(a)(1)(B) and FRBP 1007(b)(1) Creditors shall be listed on the appropriate schedule in alphabetical order by name and complete address LBR 1007-1(a)

**Statement of Financial Affairs (Official Form 7)** Except in a case under chapter 9 the debtor shall file a Statement of Financial Affairs prepared as prescribed by Official Form 7 11 U S C § 521(a)(1)(B) and FRBP 1007(b)(1)

**Statement of SSN (Official Form 21)** Individual debtors must file a statement under penalty of perjury setting out the debtor s full social security number or stating that the debtor does not have a social security number prepared in substantial compliance with Official Form 21 11 U S C § 521(a)(1) FRBP 1007(f)

**Statement Re, Corporate Debtor (Form EDC 3-500)** Federal Rule of Bankruptcy Procedure 1007(a)(1) requires corporate debtors to file with the petition a corporate ownership statement containing the information described in FRBP 7007 1